| | |
|---|---|
| FORM eorfssc (revised 03/07/2023) | **SIGNED.**<br>**Dated: December 11, 2025**<br><br>_Paul Sala_<br>**Paul Sala, Bankruptcy Judge** |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  

DONALD P SCHNEIDER  
aka DONNIE SCHNEIDER  
1037 E GLENROSA AVE.  
PHOENIX, AZ 85014  
SSAN: xxx–xx–8493  
EIN:  

Debtor(s)

Case No.: 2:25–bk–08965–PS

Chapter: 7

## ORDER SETTING HEARING ON REAFFIRMATION AGREEMENT

    This matter is before the Court pursuant to Debtor(s) Application for Reaffirmation of a debt with **LENDMARK FINANCIAL SERVICES, LLC** in the amount of **$ 17,945.70**. After due consideration of the Reaffirmation Agreement, and the applicable law, the record herein, and under the present posture of the case, the Court finds the Reaffirmation Agreement might impose an undue hardship on the Debtor(s) pursuant to 11 U.S.C. § 524. The Court will set a hearing on this matter.

    2001 FORD MUSTANG

    IT IS ORDERED setting a hearing on the Reaffirmation Agreement on **JANUARY 13, 2026** at **11:00 A.M.**. Interested parties are to call **833–568–8864** to appear for the hearing. The meeting ID is **160 2682 4153** and the passcode is **415399**.

    IT IS FURTHER ORDERED directing counsel to appear at the hearing along with the Debtor.

    IT IS FURTHER ORDERED directing the Clerk's Office to <u>immediately</u> provide notice of this Order to the Debtor, Debtor(s) counsel and interested parties.

SIGNED AND DATED ABOVE